IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY WAYNE GIBSON,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 3:18-CV-2319** |
| v. | : | |
| | : | (Judge Caputo) |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

**AND NOW**, this **8th** day of **MAY 2019**, upon consideration of Mr. Gibson's letter-request for appointment of counsel (ECF No. 16), it is hereby **ORDERED** that:

1. The Court construes Mr. Gibson's letter-request for counsel (ECF No. 16) as a motion for appointment of counsel.

2. The motion (ECF No. 16) is **DENIED** without prejudice.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**